IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LYNDA MULLEN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE CHESTER COUNTY HOSPITAL, | : | No. 14-2836 |
| Defendant. | : | |

## ORDER

AND NOW, on April 30, 2015, upon consideration of Defendant Chester County Hospital's Motion for Summary Judgment (doc. 39) and Plaintiff Lynda Mullen's Response (doc. 41) and in accordance with the accompanying memorandum opinion, it is ORDERED that the motion is:

- DENIED as to Plaintiff's discrimination claims (Counts I and II);

- GRANTED as to Plaintiff's failure to accommodate claims (Counts III and IV); and

- DENIED as to Plaintiff's retaliation claims (Count V and VI).

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S MAGISTRATE JUDGE